**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| JEFFERY COOPER,          )<br>                          )<br>     Plaintiff          )<br>                          )<br>v.                        )<br>                          )<br>CLEARTALK COMMUNICATIONS, LLC )<br>12121 West Blue Ridge Boulevard )<br>Grandview, Missouri 64030 )<br>                          )<br>and                       )<br>                          )<br>JI MOON                   )<br>7007 Longview Road        )<br>Kansas City, Missouri 64134 )<br>                          )<br>and                       )<br>                          )<br>HYE KYONG MOON           )<br>7007 Longview Road        )<br>Kansas City, Missouri 64134 )<br>                          )<br>     Defendants          ) | Case No. 07-2351 CM<br>JURY TRIAL DEMANDED |

## COMPLAINT

Plaintiff Jeffery Cooper, by and through his undersigned attorneys, states and alleges as follows for his cause of action against defendants:

### NATURE OF THE ACTION

1) Plaintiff brings this action against Defendants for wrongfully discharging him because of complaints made by him to the owners of the company, as well as the United States Department of Labor regarding Defendants' alleged violations of the Fair Labor Standard Act ("FLSA").

**PARTIES JURISDICTION AND VENUE**

2) Plaintiff Jeffery Cooper resides in Kansas City, Kansas. Plaintiff was employed by Cleartalk Communications LLC from October 5, 2006 until his termination on November 17, 2006 as a manager of a Cleartalk Communications store located on Shawnee Drive, in Kansas City, Kansas.

3) Plaintiff and others were at all times relevant herein required to work overtime and not compensated for such work by defendants.

4) Defendant Cleartalk Communications is a Missouri corporation, that has stores in the State of Kansas and conducts business in the State of Kansas. Defendant can be served through its registered agent Ji Young Moon at 7007 Longview Road, Kansas City, Missouri 64134.

5) Defendant Ji Moon is an owner of Cleartalk Communications, LLC and played a role in the decision to and termination of plaintiff.

6) Defendant Hye Kyong Moon is an owner of Cleartalk Communications LLC and played a role in the decision to and termination of plaintiff.

7) The plaintiff brings this action under Section 16(b) of the Fair Labor Standard Act of 1938 ("FLSA") as amended in 29 U.S.C. §216(b) for retaliation for complaints of violations of the same.

8) Jurisdiction of this action is conferred on this Court by Section 16(b) of the FLSA 29 U.S.C. § 216(b), along with the provisions of 28 U.S.C § 1337, relating to "any civil action or proceeding arising under any act of Congress regulating commerce".

9) Plaintiff was at all times relevant herein employed by Clear talk Communications, LLC at its store in Shawnee, Kansas and plaintiff was terminated in the State of Kansas, therefore venue properly lies within this judicial district.

10) At all times relevant herein defendant Cleartalk Communications was engaged in interstate commerce within the meaning of the Fair Labor Standard Act of 1938, 29 U.S.C. §203.

## GENERAL ALLEGATIONS

11) Plaintiff hereby incorporates Paragraphs 1-10 above as though fully set forth herein.

12) Plaintiff was hired by Defendant Cleartalk Communications on or about October 5, 2006 by Regional Manager Peter Son.

13) On or about October 20, 2006, plaintiff received his paycheck for approximately 55 hours of work. At the time he received his check he noticed that he had not been paid for the overtime worked. Plaintiff complained about this fact and was informed by Peter Son that Cleartalk does not pay overtime.

14) Plaintiff subsequently called Defendant Ji Moon and informed him that he believed that the company was required to pay overtime pursuant to the FLSA. Defendant Ji Moon responded that the company did not pay overtime.

15) Plaintiff thereafter received several paychecks for which he was not paid for overtime despite having worked 50-60 hours per week.

16) Plaintiff subsequently complained to the owners of the company, as well as his regional manager Peter Son about their failure to compensate him for overtime worked in violation of the Fair Labor Standards Act.

17) Defendants continued to fail to pay plaintiff for overtime worked.

18) On November 16, 2006 plaintiff contacted the Department of Labor and made a complaint against Ji Moon and Cleartalk regarding the alleged overtime pay violations in violation of the Fair Labor Standard Act.

19) On November 17, 2006 plaintiff emailed Ji Moon and informed him that he had contacted the Department of Labor about defendants' violations of the Fair Labor Standard Act.

20) On November 17, 2006, approximately 4 ½ hours after informing defendant Ji Moon that he had contacted the Department of Labor, plaintiff was terminated in violation of 29 U.S.C. 215(a)(3).

21) The aforementioned conduct of defendants was "willful" within the meaning of 29 U.S.C. 626(b) and in violation of the Fair Labor Standards Act.

WHEREFORE, Plaintiff prays for judgment against defendants in an amount in excess of $75,000.00, for plaintiff's unpaid and lost wages, emotional distress, liquidated damages, punitive damages for defendants' reckless and intentional violation of plaintiff's federally protected rights; for plaintiff's attorneys' fees, costs, expenses and interest; and such other relief as this Court deems just and proper.

HOLMAN SCHIAVONE LLC

____/Anne Schiavone/_____
Anne Schiavone, KS#19669
Kirk Holman, KS#19558
4600 Madison, Ste 810
Kansas City, Missouri 64112
(816) 283-8738

Plaintiff designates Kansas City, KS as place of trial.