## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | | |
|---|---|---|
| JEFFERY COOPER | ) | |
| | ) | |
| Plaintiff, | ) | Case No.  07-2351 CM-DJW |
| | ) | |
| v. | ) | |
| | ) | |
| CLEARTALK COMMUNCIATIONS LLC et al. | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER OF DISMISSAL WITH PREJUDICE

Having reviewed the parties Stipulation of Dismissal with Prejudice it is hereby,

ADJUDGED, ORDERED, AND DECREED that the above-captioned matter be dismissed with prejudice, with each party to bear its own costs and expenses.

IT IS SO ORDERED.


Dated: February 21, 2008                                s/ Carlos Murguia
                                                                     U.S. District Judge